Leihinahina Sullivan, Pro Se
c/o FDC Honolulu
PO Box 30080
Honolulu, Hawaii 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII. John copy
mailed 4/12/22
APR 11 2022
at 10 o'clock and 55 min. a M
CLERK, U.S. District Court
unpaid, no IFP subm

In The United States District Court
For The District of Hawaii

| Leihinahina Sullivan, Pro Se, Plaintiff, | Civil Case No. CV22 00155 LEK KJM<br>Initial Complaint |
|---|---|
| vs. | |
| Estelle Derr In Her Official Capacity, Honolulu Federal Detention Center ("FDC"), Bureau of Prisons, et.al. | |

## Initial Complaint

I am bringing this claim under the Federal Torts Claim Act ("FTCA"), Eighth and Fourteenth Amendment of the United States Constitution as Administrative Remedies is fruitless as I am being retaliated against and U.S. Dept. of Justice Federal Bureau of Prisons is denying my request for my clinical psychological records and a video from February 11, 2020 where a convicted inmate physically assaulted me by hitting the back of my head numerous times. I am being denied copies of these patient-psychotherapy treating medical records and copy of the video in retaliation for filing Ninth Circuit Appeal No. 21-16527, D.C. for Hawaii Case No. 1:20-cv-00269-LEK-KJM, therefore, any request for my records, even signing informed consent forms have been denied. On February 15, 2022 I filed a BP-8 Informal Resolution Attempt requesting my psychological medical records which was denied on February 16, 2022, which I was then issued a BP-9 which was denied on February 23, 2022 (Issued Case # 1111354-F1) which was then appealed to the Regional Office on a BP-230 on March 5, 2022 which was then denied on March 16, 2022 which I received on April 4, 2022, which denied "request for copy of video surveillance" was denied pursuant to the Freedom of Information Act ("FOIA") 5 U.S.C. §552(b)(7)(C) concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of personal privacy of third parties and (b)(7)(F) concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual. The remedy I am asking for are copies of my patient-psychotherapist records and a copy of the video from February 11, 2020. I make this claim in good faith.

/s/ [signature] Leihinahina Sullivan    Dated: April 5, 2022
Honolulu, Hawaii

Received By Mail
Date 4/11/2022